| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
DREW MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00170-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| DREW MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Gary Leuis, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Drew Miller, that the Court continue the initial appearance scheduled for November 15, 2018 to January 17, 2019.

Mr. Miller never received a notice to appear in the mail. Rather, he was advised of his upcoming court date by defense counsel. Mr. Miller needs time to request the day off work and make travel arrangements as he lives in Los Angeles. Accordingly, the parties request that the Court continue Mr. Miller's initial appearance to January 17, 2019 at 10 a.m.

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: November 14, 2018  /s/ Gary Leuis
GARY LEUIS
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 14, 2018  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
DREW MILLER


## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 15, 2018 initial appearance for Drew Miller, Case No. 1:18-mj-00170-SAB, is continued to January 17, 2019 at 10:00 a.m.


IT IS SO ORDERED.

Dated:  **November 14, 2018**

UNITED STATES MAGISTRATE JUDGE