| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:18-mj-00170 SAB |
| | ) **AMENDED APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| Plaintiff, | ) **Date:** 11/15/18 |
| vs. | ) **Time:** 9:00 a.m. |
| | ) **Place:** Ctrm. 9 |
| DREW MILLER, | ) **Judge:** Hon. Stanley A. Boone |
| Defendant. | ) |

Defendant, Drew Miller, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Mr. Miller submits the Financial Affidavit as evidence of his inability to retain counsel. Mr. Smith has been charged with:

(1) Unsafe Ops - 36 C.F.R. § 4.22(b)(3);
(2) Speeding - 36 C.F.R. § 4.22(b)(1);
(3) No Seatbelt - 36 C.F.R. § 4.15(a);
(4) DSL – 36 C.F.R. § 4.2(b)

and is scheduled to appear in court on November 15, 2018 at 9:00 a.m. in Courtroom No. 9 before the Honorable Stanley A. Boone, United States Magistrate Judge. Therefore, after reviewing Mr. Miller's Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him.

Dated: November 14, 2018        */s/ Charles J. Lee*
                                                     CHARLES J. LEE
                                                     Assistant Federal Defender
                                                     Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **November 14, 2018**

UNITED STATES MAGISTRATE JUDGE