# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
JAN 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
)  Case No. 18MJ 00170 SAB
Drew Miller )
)

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:  AS ORDERED By Court
_____
                                        Place
on  March 21, 2019 at 10:00am Courtroom 9
    Before Judge Boone.
                                        Date and Time

5) The def't to Report to USM for Processing.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 1·17·19          X _____
                          Defendant's signature

Date: 1·17·19          _____
                          Judicial Officer's Signature

                       STANLEY A. BOONE, U.S. Magistrate Judge