| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>ERIN SNIDER, #304781<br>Assistant Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721<br>Telephone: (559) 487-5561<br>Fax: (559) 487-5950<br><br>Attorney for Defendant<br>DREW MILLER | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DREW MILLER,<br><br>Defendant. | Case No. 1:18-mj-00170-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: June 27, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Drew Miller, that the status conference currently scheduled for June 6, 2019, may be continued to June 27, 2019, at 10:00 a.m. for a change-of-plea and sentencing hearing. The parties have reached a plea agreement in this matter; however, Mr. Miller was unable to get approval to miss work on June 6, 2019.

///

///

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: June 5, 2019

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 5, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
DREW MILLER

## **O R D E R**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for June 6, 2019, is continued to June 27, 2019, at 10:00 a.m. for a change-of-plea and sentencing hearing. Mr. Miller is ordered to appear.

IT IS SO ORDERED.

Dated: __**June 5, 2019**__

UNITED STATES MAGISTRATE JUDGE