# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>DREW MILLER,<br><br>                Defendant. | Case No. 1:18-mj-00170-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle without a Valid Driver's License, in violation of 36 C.F.R. § 4.2; CVC § 12500 |
| **Sentence Date:** | August 1, 2019 |
| **Review Hearing Date:** | June 4, 2020 |
| **Probation Expires On:** | August 3, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number; and notify the Court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

☒ **Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500; Processing Fee: $0; Special Assessment: $10.

☒ Payment schedule of $50.00 per month by the 15th of each month, commencing on August 30, 2019, until paid in full.

☒ Community Service hours Imposed of: 25 hours

☐ Other Conditions:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid $

☐ If not paid in full when was last time payment:   Date:
   Amount:

☐ To date, Defendant has performed   hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED:  June 1, 2020            */s/ Philip Tankovich*
                                PHILIP TANKOVICH
                                Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

Mr. Miller recently returned home after voluntarily spending several months in an alcohol abuse rehabilitation treatment program based in Florida.  He is also recently unemployed due to Coronavirus related concerns.  In light of this information, Mr. Miller respectfully requests additional time to complete the terms of his probation.  Mr. Miller asks:

☒ that the review hearing set for 6/4/2020 at 10:00 a.m.

  ☒ be continued to 7/23/2020 at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's  appearance for the review hearing be waived.

DATED: June 1, 2020             */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐     GRANTED.  The Court orders that the Review Hearing set for _____ at _____ be continued to \_\_\_\_\_ at 10:00 a.m.

☒     DENIED.


IT IS SO ORDERED.

Dated:  **June 2, 2020**

_____
UNITED STATES MAGISTRATE JUDGE