HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DREW MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00170-SAB |
|---|---|
| Plaintiff, | JOINT MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(C); AND ORDER |
| vs. | |
| DREW MILLER, | |
| Defendant. | |

The parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Drew Miller, hereby move pursuant to 18 U.S.C. § 3564(c) to terminate early the Defendant's probation because Mr. Miller has satisfied all conditions of probation.  Presently, the Defendant's probation is set to expire on June 24, 2022.

Mr. Miller was sentenced by this Court on August 1, 2019, to 12 months of unsupervised probation.  As a condition of probation, Mr. Miller was ordered to pay a $500 fine, pay a $10 special assessment, complete 25 hours of community service, and obey all laws.  On June 25, 2020, the Court revoked Mr. Miller's probation and resentenced him to 24 months of unsupervised probation.  As a condition of probation, Mr. Miller was ordered to pay any unpaid previously imposed criminal monetary penalty, complete 50 hours of community service, and obey all laws.

The parties stipulate that Mr. Miller has completed all his sentencing obligations.  He has paid his monetary penalty in full and completed 50 hours of community service.  The parties now request termination of Mr. Miller's probation.

    Mr. Miller has a review hearing presented set for September 16, 2021 at 10:00 a.m.  The parties also move that the review hearing date should be vacated if this motion is granted. WHEREFORE, the parties request that the Defendant's term of probation be early terminated pursuant to 18 U.S.C. § 3564(c).

Respectfully submitted,
HEATHER E. WILLIAMS

Federal Defender

Date: August 14, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
DREW MILLER

MCGREGOR W. SCOTT
United States Attorney

Date: August 14, 2020

*/s/ Philip Tankovich*
PHILIP TANKOVICH
Special Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the joint motion of the parties to terminate early defendant Drew Miller's term of probation, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satified that such action is warranted by the conduct of the Defendant and that the termination is in the interst of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c).

The review hearing presently schedueld for September 16, 2021 at 10:00 a.m. is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated:   **October 13, 2020**                              _____
                                                            UNITED STATES MAGISTRATE JUDGE